**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Aly Cherif, | ) | Case No.: 1:25-cr-00011 |
| | ) | |
| Defendant. | ) | |

On January 22, 2025, Defendant was charged in an Indictment with (1) Cyber Stalking Resulting in Death; (2) Wire Fraud; (3) Conspiracy to Commit Wire Fraud; (4) Extortion; and (5) Distribution of Child Pornography. (Doc. No. 2).

On January 22, 2025, the United States of America ("United States") filed a *Motion to Unseal Case*. (Doc. No. 4). The United States request the court enter an order unsealing the Redacted Indictment and Warrant, as well as the Defendant's case so that it may refer to the documents while pursuing the Defendant's international arrest and extradition.

The court is inclined to **GRANT** the United States' motion. (Doc. No. 4). The case and relevant documents therein shall be unsealed to enable the United States to pursue Defendant's arrest and extradition.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court